# EXHIBIT 4



750 First St. NE • Ste. 900 • Washington, D.C. 20002         Office: 202-384-1520 • Website: www.wmsc.gov

February 9, 2024

Mr. Hakim Davis
Vice President
Quality Assurance, Internal Compliance & Oversight (QICO)
Washington Metropolitan Area Transit Authority (WMATA)
300 Seventh Street, SW
Fourth Floor, Suite 413-03
Washington, DC 20024

**Re: Notification of WMSC Audit of WMATA's Fitness for Duty and Occupational Health Programs**

Dear Mr. Davis,

In accordance with the WMSC Program Standard and Title 49 CFR Part 674, the WMSC will conduct a safety audit of WMATA's fitness for duty and occupational health programs. The WMSC will conduct field observations in or around the WMATA Rail System, and the WMSC will conduct the interview and records review portion of this audit remotely. We expect to conduct the interviews and field observations across the following dates: **April 1–21 of 2024**. The actual dates and schedule will be determined in March based on WMATA's work, training, or other schedules as such become known. If other dates are necessary due to personnel availability, please notify the WMSC as soon as possible.

The WMSC will select the personnel to be interviewed after receipt of the initial document requests. Relatedly, WMATA may suggest personnel to be interviewed at any point during the audit.

### A. Scope and Objectives

The scope of this audit is Metrorail's rules, practices, procedures, policies, training, and internal oversight related to fitness for duty and occupational health programs.[1]

**Fitness for duty** focuses on the mitigation of hazards related to an individual's physical and mental condition. As a starting point, our audit will review several aspects: physical and medical qualifications, reporting for duty/on duty requirements, hours of service, fatigue management, drug and alcohol testing, and other fitness for duty-related items.

**Occupational health** (also referred to as "occupational safety and health" or "occupational safety") focuses on the mitigation of hazards related to workplace conditions. As a starting point, our audit will review several aspects: walking-working surfaces (e.g. ladders, stairways, scaffolds, fall

---

[1] The listed areas under fitness for duty and occupational health are not intended as an exhaustive list. The WMSC reserves the ability to include other issues identified during this audit if thematically consistent with fitness for duty or occupational health.

Page **2** of **3**
Notification of WMSC Audit
Fitness for Duty and Occupational Health Programs
February 9, 2024

protection), environmental controls related to indoor air quality and noise, and other occupational health-related items.[2]

To meet the audit's objectives of assessing Metrorail's implementation of the above requirements and associated best practices to provide for the safety of those in the Metrorail system, this audit also focuses on Metrorail corrective action plans including WMSC Corrective Action Plans and other corrective actions previously closed by entities such as the National Transportation Safety Board.

This audit will be based on the WMATA Public Transportation Agency Safety Plan (PTASP) effective December 31, 2023 (Rev. 4.0) and is, therefore, guided by the below relevant PTASP elements.[3] The WMSC reserves the right to diverge from the selected elements below if warranted.

1. General Requirements
   a. ~~Annual Review and Update of ASP~~
   b. ~~Emergency Preparedness and Response~~
   c. Infectious Disease Mitigation
   d. Safety Performance Targets
   e. Development and Implementation of a Safety Management System (SMS)
2. Safety Management Policy
   a. Safety Reporting Program
   b. Communication of the Safety Management Policy
   c. Organizational SMS Accountabilities and Responsibilities
3. Safety Risk Management
   a. Safety Risk Management (SRM) Process
   b. Ongoing Management of Safety Risk
   c. Occupational Safety and Health Risk Management
   d. Operational Safety Risk Management
   e. ~~Roadway Worker Protection~~
   f. ~~Safety Certification~~
4. Safety Assurance
   a. Performance Monitoring and Measurement
   b. Documentation
   c. Drug and Alcohol
   d. Event Reporting and Investigations
   e. Change Management
   f. Corrective Action Plans
5. Safety Promotion
   a. Competencies and Training
   b. Safety Communication
   c. Safety Committees

---

[2] This audit does not cover alternate exit routes, emergency action plans, and fire prevention plans. These items are specifically excluded to prevent confusion regarding regulations set by the federal Occupational Safety and Health Administration.

[3] After approval of a new PTASP version, any necessary update to these elements will be reflected in the next Program Standard revision to occur after that PTASP version takes effect. (Program Standard Section 5.B.) As the current Program Standard took effect September 10, 2023, the stated elements reflect PTASP Rev. 3.0 (that is, the prior in effect version as of the date of this letter).

Page **3** of **3**
Notification of WMSC Audit
Fitness for Duty and Occupational Health Programs
February 9, 2024

      d. Hazardous Materials and Environmental Management
      e. Safety Reporting Program Engagement

To achieve these objectives, the WMSC will conduct the following activities:

- Obtain and review requested documents.
- Conduct field observations.
- Interview relevant Metrorail personnel (employees or contractors).
- Perform follow-up activities.
- Prepare a final audit report.

### B. Required Documents

A list of documents will be provided by the WMSC Audit Team concurrently with the transmittal of this notification letter. For all requests related to this audit, the WMSC directs that the responses or documents be provided by the deadline given.

### C. Report and Follow-Up

- After concluding post on-site audit follow-up activities, the WMSC will hold an exit conference and thereafter will issue a draft report detailing any Findings or Recommendations to WMATA.
- WMATA will be provided 30 days to review the draft report as provided in Program Standard Section 5.E.5.
- After receiving and considering the product of WMATA's review, if any is provided to the WMSC, the WMSC will issue a final report incorporating comments received from WMATA as appropriate.
- WMATA will be required to propose Corrective Action Plans (CAPs) to address any Findings in the final report within 30 days of the issuance of the final report. For any Recommendations, WMATA must determine if corrective action is necessary in accordance with Program Standard Section 5.E.4. All proposed CAPs must be approved by the WMSC.

We appreciate your cooperation and assistance in working with the WMSC to facilitate this audit.

Thank you.

Sincerely

Sharmila Samarasinghe
Deputy CEO & Chief Operating Officer