# EXHIBIT 5



750 First St. NE • Ste. 900 • Washington, D.C. 20002          Office: 202-384-1520 • Website: www.wmsc.gov

INITIAL REQUEST FOR DOCUMENTS
February 9, 2024

**WMSC Audit of
Fitness for Duty and Occupational Health Programs**

WMATA must upload documents or responses pertaining to the below requests to the WMATA-WMSC SharePoint site by **March 11, 2024**. Please provide the following:

1. Organization charts for:
   a. All departments that manage or implement a fitness for duty-related program.
   b. All departments that manage or implement an occupational health-related program.

2. All policies and procedures (Metrorail-wide, departmental, organizational unit level and all documents from policy instructions down to work instructions) related to:
   a. Fitness for duty programs.
   b. Occupational health programs.

3. [If not provided in response to #2] Provide current program documents including any governing documents and procedures (Metrorail-wide, departmental, organizational unit level and all documents from policy instructions down to work instructions) for the following programs:
   a. **Walking-Working Surfaces**. This should include documents covering Ladder Safety, stairways, platforms, manlifts, scaffolding, protection from falling objects, and other fall protection requirements.
   b. **Environmental Control**. This should include documents covering ventilation, noise exposure (e.g. hearing conservation), and nonionizing radiation.
   c. **Hazardous Materials**. This should include documents covering compressed gases, petroleum gases, hazardous chemicals, and hazardous waste.
   d. **Personal Protective Equipment**. This should include documents covering eye and face protection, respiratory protection, head protection, foot protection, electrical protective equipment, and hand protection.
   e. **General Environmental Controls**. This should include documents covering safety color codes for marking physical hazards, specifications for accident prevention signs and tags, permit-required confined spaces, and control of hazardous energy.
   f. **Medical and First Aid**. This should include documents covering medical services and first aid.
   g. **Materials Handling and Storage**. This should include documents covering powered industrial trucks, overhead and gantry cranes, crawler locomotive and truck cranes, and slings.
   h. **Machinery and Machine Guarding**. This should include documents covering woodworking or metal machinery, abrasive wheel machinery, forging machines, and mechanical power-transmission apparatuses, including mechanical and hydraulic power presses.
   i. **Hand and Portable Powered Tools / Hand-Held Equipment Guarding**. This should include documents covering the guarding of portable powered tools, portable tools, and equipment.
   j. **Welding, Cutting and Brazing**. This should include documents covering any type of welding (Oxygen-fuel, Arc, or Resistance).

Page **2** of **3**
Audit Initial Request for Documents
Fitness for Duty and Occupational Health Programs
February 9, 2024

        k.  **Electrical Safety**. This should include documents covering wiring design protection, specific purpose equipment and installations, hazardous (classified) locations, third rail safety on the right-of-way, and safety-related work practices.

        l.  **Toxic and Hazardous Substances**. This should include documents covering air contaminants, Asbestos, Coal tar pitch volatiles, Carcinogens (4-Nitrobiphenyl, etc.), alpha-Naphthylamine, Methyl chloromethyl ether, Dichlorobenzidine (and its salts), bis-Chloromethyl ether, beta-Naphthylamine, Benzidine, 4-Aminodiphenyl, Ethyleneimine, beta-Propiolactone, Acetylaminofluorene, 4-Dimethylaminoazobenzene, Nitrosodimethylamine, Vinyl chloride, Inorganic arsenic, Beryllium, Lead, Chromium (VI) / Hexavalent Chromium, Cadmium, Benzene, Bloodborne pathogens, Cotton dust, 1,2-dibromo-3-chloropropane, Acrylonitrile, Ethylene oxide, Formaldehyde, Methylenedianiline, 1,3-Butadiene, Methylene chloride, Respirable crystalline silica, Ionizing radiation, hazard communication, retention of Department of Transportation (DOT) markings, placards and labels.

4.  The current list of job positions subject to fitness for duty requirements and the associated job descriptions for those positions.

5.  All Job Hazard Analyses were conducted between January 2021 and December 2023.

6.  A list of all personnel subject to fitness for duty requirements hired or promoted into that type of role during the period June 1, 2023, through January 31, 2024.

7.  A list of all supervisors (who oversee personnel that are subject to fitness for duty requirements) hired or promoted into that type of role during the period June 1, 2023, through January 31, 2024.

8.  A list of all supervisors who completed reasonable suspicion training during the period June 1, 2023, through January 31, 2024.

9.  All completed drug and alcohol information requests transmitted to job applicants' prior DOT employers for the period of September 1, 2023, through December 31, 2023.

10. A list of all Reasonable Suspicion training courses scheduled for February 2024 through May 2024.

11. All training requirements related to fitness for duty and occupational health programs.

12. All training curricula, trainings, class schedules, and exams related to fitness for duty and occupational health programs.

13. All completed forms for all random drug/alcohol tests conducted from October 1, 2023, through December 31, 2023.

14. Log or tracker for follow-up drug/alcohol tests scheduled to be completed from September 1, 2023, through December 31, 2023.

15. All completed testing/decision forms of all post-accident and reasonable suspicion tests conducted from July 1, 2023, through December 31, 2023.

Page **3** of **3**
Audit Initial Request for Documents
Fitness for Duty and Occupational Health Programs
February 9, 2024

16. All existing data reports/trend data related to drug and alcohol testing program for the period January 1, 2021 through December 31, 2023.

17. The most recent Federal Transit Administration audit report for the drug and alcohol program.

18. The most recent drug and alcohol management information system (MIS) data report submitted to the U.S. Department of Transportation.

19. For all covered personnel, list all medical certifications and physicals and their corresponding expirations.

20. All hours of service records for all covered personnel for the period November 1, 2023, through December 31, 2023 (Excel format, if possible).

21. All internal occupational health program audits, internal reviews, internal safety reviews, or similar assessments conducted from January 1, 2021 through December 31, 2023.

22. All existing data reports/trend data related to dosimetry testing, indoor air quality, toxic and hazardous substances, Job hazard analyses, PPE usage, training overdue for health and safety programs, employee safety concerns for the period January 1, 2021 through December 31, 2023.

23. List all fitness for duty and occupational health reporting requirements required by the federal government, the District of Columbia, Maryland, and Virginia.

24. All occupational health inspection reports that relate to the WMATA Rail System[1] from the federal Occupational Safety and Health Administration, the occupational health agencies from the District of Columbia, Maryland, and Virginia for the period January 1, 2022 through January 31, 2024.

25. All medical monitoring results for welders and other employees who engage in hot work from January 1, 2021 through December 31, 2023.

26. All noise and dosimetry test schedules and results from January 1, 2021 through December 31, 2023.
    a. All documents confirming that audible or hearing tests are undertaken for personnel working in areas above WMATA's time-weighted average for noise levels.
    b. All medical monitoring results for employees exposed to an 8-hour time-weighted average (TWA) noise level of 85 decibels (dBs) or above or per the thresholds in WMATA's hearing conservation program.

27. All exposure reports for air and surface monitoring regarding specific substances including without limitation, silica, asbestos, hexavalent chromium, lead, or any other toxic or hazardous substances from January 1, 2021 through December 31, 2023.

28. All exposure reports from bloodborne pathogens and associated medical monitoring results from January 1, 2021 through December 31, 2023.

---

[1] WMSC Compact Section 1(m): 'WMATA Rail System' or 'Metrorail' means the rail fixed guideway public transportation system and all other real and personal property owned, leased, operated, or otherwise used by WMATA rail services and shall include WMATA rail projects under design or construction by owners other than WMATA.