**EXHIBIT 7**

**Grant M. Glovin**

| | |
|---|---|
| **From:** | Grant M. Glovin |
| **Sent:** | Tuesday, October 15, 2024 6:00 PM |
| **To:** | Grant M. Glovin |
| **Subject:** | RE: WMATA Response (03-14-24) | Lead Issue Requests | WMSC-22-C0171 |

**Grant M. Glovin**
Attorney at Law



KAPLAN KIRSCH

**O** 646.883.5110  |  **C** 646.238.8530
1500 Broadway (at West 43rd Street), Suite 1605  |  New York, NY  10036

website
 

**From:** QICO_Metro_Regulatory_Compliance_Program <QICO_Metro_Regulatory_Compliance_Program@wmata.com>
**Sent:** Thursday, March 14, 2024 4:18 PM
**To:** Ashley Rhodes <arhodes@wmsc.gov>; John O'Donnell <JODonnell@wmsc.gov>; Sharmila Samarasinghe <SSamarasinghe@wmsc.gov>; Davis Rajtik <Drajtik@wmsc.gov>; WMSC Correspondence <Correspondence@wmsc.gov>
**Cc:** Johnson, Jayme M. <jmjohnson@wmata.com>; Vitale, Michael R. <MRVitale@wmata.com>; Flaum, Bethany M. <BMFlaum@wmata.com>; Perez Santiago, Carlos M. <CMPerezSantiago@wmata.com>; JRWeber <JRWeber@wmata.com>; Garcia-Sanchez, Juanmanuel <JGarcia-Sanchez@wmata.com>
**Subject:** WMATA Response (03-14-24) | Lead Issue Requests | WMSC-22-C0171

Good afternoon Ashley and WMSC Team,

On behalf of our stakeholders, Quality is transmitting the following:

Thank you for your e-mail. As you know, on March 8, 2024, WMATA emailed the WMSC in an effort to informally resolve a matter pertaining to the scope of the WMSC's upcoming audit of WMATA's Fitness for Duty and Occupational Health Programs. We intend to pause further discussion of the matters covered by that correspondence, including responding to the WMSC's February 29, 2024 request for additional information pertaining to the lead issue, until the matters addressed in WMATA's March 8 correspondence are resolved.

For these same reasons, it would be premature to respond to the WMSC's note regarding the "All Requested Sample Reports." It would also be unnecessary and inefficient to do so at this time. In the meantime, the provided records are subject to WMATA's confidentiality and privilege claims, as noted on the cover page. WMATA reserves all rights to object to and protect these records from further disclosure or dissemination, whether in response to a FOIA request, legal process, or any other means.



**Metro Regulatory Compliance Program**
Quality Assurance, Internal Compliance & Oversight (Quality)
The Washington Metropolitan Area Transit Authority (WMATA)
QICO_Metro_Regulatory_Compliance_Program@wmata.com
*Promoting Transparency, Accountability, & Public Confidence*

*The information contained in this email is intended for the sole use of the persons or entities named. The dissemination, distribution, copying or use of the information is strictly prohibited. If you are not an intended recipient of this transmission, notify the sender immediately and delete it.*

**From:** Ashley Rhodes <arhodes@wmsc.gov>
**Sent:** Thursday, February 29, 2024 4:13 PM
**To:** QICO_Metro_Regulatory_Compliance_Program <QICO_Metro_Regulatory_Compliance_Program@wmata.com>
**Cc:** Johnson, Jayme M. <JMJohnson@wmata.com>; Sequeira, Loyda P. <LSequeira@wmata.com>; Garcia-Sanchez, Juanmanuel <JGarcia-Sanchez@wmata.com>; Davis Rajtik <Drajtik@wmsc.gov>; WMSC Correspondence <Correspondence@wmsc.gov>; Perez Santiago, Carlos M. <CMPerezSantiago@wmata.com>; Vitale, Michael R. <MRVitale@wmata.com>; Flaum, Bethany M. <BMFlaum@wmata.com>; John O'Donnell <JODonnell@wmsc.gov>; Sharmila Samarasinghe <SSamarasinghe@wmsc.gov>
**Subject:** <External>RE: WMATA Response (02-16-24) | Lead Issue Requests | WMSC-22-C0171

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and have verified the authenticity of the message.

Good afternoon,

Thank you for providing updates during the February 28, 2024 WMSC/Metro Safety Bi-Weekly Meeting.

Based upon the discussion:

1. What are WMATA's reporting obligations to federal OSHA, and each of the jurisdictions' respective occupational safety and health entities?

2. Please provide records of all correspondence that has occurred regarding lead or related issues with federal OSHA and related entities of the jurisdictions.

3. For the mentioned Town Hall conducted on February 27, 2024, please provide the minutes, agenda, presentations, or any other documentation or materials from this meeting that exists.

4.  For all the various OSH programs being implemented, is there a current overall timeline for each that could be provided to the WMSC? This was mentioned in the Friday February 23, 2024 Work Session.

Regarding the "All Requested Sample Reports" PDF document submitted on February 16, 2024, this included a cover page with two paragraphs discussing WMATA's sense of the use of these documents.

1.  Regarding the first paragraph: This seems to contemplate potential confidentiality and potential privilege claims. Valid claims of confidentiality or privilege must identify the information to which the limitation applies, the nature of the confidentiality or privilege, as well as a clear statement justifying the non-disclosure. Therefore, the WMSC does not recognize any assertions of confidentiality or privilege based upon these general statements.

2.  Regarding the second paragraph: What is the basis for stating that there is an "understanding" about the use of the documents? Additionally, what is WMATA's basis for asserting that these documents cannot be "…published, further disseminated, or released in any form without WMATA's prior written concurrence"? The WMSC is not aware of an "understanding" for use of information that WMATA is required to produce, and without specific identification of the protected material, the only requirement for written agreement from WMATA relates to release of documents under the Freedom of Information Act (FOIA).

3.  Also, each page of the production includes the footer, "Confidential/Not for General Public Release – Submitted to WMSC on 2.16.2024." However, none of the pages clearly identifies the information that WMATA believes should be treated as confidential. Also, no basis for the claim of confidentiality is identified. The WMSC requests a copy of these documents with the footer removed, or proper identification of the claimed confidential information on each page where such claim may be appropriate.

Please also provide the slides that were shared in the February 28, 2024 WMSC/Metro Safety Bi-Weekly Meeting.

Please review and reply to the above requests **by March 14, 2024**.

Thank you,



**ASHLEY RHODES** (she/her)
Program Manager
Corrective Action Plans

**Direct: (202) 384-1522**
Cell: (540) 841-3389

**From:** Ashley Rhodes <arhodes@wmsc.gov>
**Sent:** Tuesday, February 20, 2024 9:35 AM
**To:** QICO_Metro_Regulatory_Compliance_Program <QICO_Metro_Regulatory_Compliance_Program@wmata.com>; John O'Donnell <JODonnell@wmsc.gov>
**Cc:** Johnson, Jayme M. <jmjohnson@wmata.com>; Sequeira, Loyda P. <lsequeira@wmata.com>; Garcia-Sanchez, Juanmanuel <JGarcia-Sanchez@wmata.com>; Davis Rajtik <Drajtik@wmsc.gov>; WMSC Correspondence

3

<Correspondence@wmsc.gov>; Perez Santiago, Carlos M. <CMPerezSantiago@wmata.com>
**Subject:** RE: WMATA Response (02-16-24) | Lead Issue Requests | WMSC-22-C0171

Thank you for this additional information which we will plan to discuss in the scheduled 3:00 pm meeting this Friday February 23, 2024.

 **ASHLEY RHODES** (she/her)
Program Manager
Corrective Action Plans

**Direct: (202) 384-1522**
Cell: (540) 841-3389

**From:** QICO_Metro_Regulatory_Compliance_Program <QICO_Metro_Regulatory_Compliance_Program@wmata.com>
**Sent:** Friday, February 16, 2024 5:56 PM
**To:** John O'Donnell <JODonnell@wmsc.gov>
**Cc:** Johnson, Jayme M. <jmjohnson@wmata.com>; Sequeira, Loyda P. <lsequeira@wmata.com>; Garcia-Sanchez, Juanmanuel <JGarcia-Sanchez@wmata.com>; Ashley Rhodes <arhodes@wmsc.gov>; Davis Rajtik <Drajtik@wmsc.gov>; WMSC Correspondence <Correspondence@wmsc.gov>; Perez Santiago, Carlos M. <CMPerezSantiago@wmata.com>
**Subject:** WMATA Response (02-16-24) | Lead Issue Requests | WMSC-22-C0171

Good afternoon,

On behalf of our stakeholders, Quality is providing responses to the WMSC questions from the January 26, 2024 email. Supporting documentation was uploaded to the WMSC-WMATA Collaboration Site and can be found here.

Please let us know if you have any questions, comments, or concerns.

Respectfully,

Metro Regulatory Compliance Program
Quality Assurance, Internal Compliance & Oversight (Quality)
The Washington Metropolitan Area Transit Authority (WMATA)
*Promoting Transparency, Accountability & Public Confidence*

 The information contained in this email is intended for the sole use of the persons or entities named. The dissemination, distribution, copying or use of the information is strictly prohibited. If you are not an intended recipient of this transmission, notify the sender immediately and delete it.

**From:** John O'Donnell <JODonnell@wmsc.gov>
**Sent:** Friday, January 26, 2024 1:46 PM
**To:** QICO_Metro_Regulatory_Compliance_Program <QICO_Metro_Regulatory_Compliance_Program@wmata.com>
**Cc:** Johnson, Jayme M. <JMJohnson@wmata.com>; Sequeira, Loyda P. <LSequeira@wmata.com>; Garcia-Sanchez, Juanmanuel <JGarcia-Sanchez@wmata.com>; Perez Santiago, Carlos M. <CMPerezSantiago@wmata.com>; Ashley Rhodes <arhodes@wmsc.gov>; Davis Rajtik <Drajtik@wmsc.gov>; WMSC Correspondence <Correspondence@wmsc.gov>
**Subject:** <External>RE: WMATA Response (01-05-24) | Lead Issue Requests | WMSC-22-C0171

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and have verified the authenticity of the message.

Quality Team,

Thank you for the additional information and documentation provided on 1/5/2024.

Please find questions and responses to what was submitted below.

1. **WMSC Response to Item 1. C.:**

A. Please clarify what specifically is being done to clean this area including specifically what lead safe cleaning practices are being followed in doing so.

2. **WMSC Response to Item 1. D.:**

A. Please provide documentation of communication to WMATA employees of the availability and use of "disposable coveralls with shoe coverings and hood, and disposable gloves to minimize dust contact with skin and work clothing," as well as documentation of employees being "instructed to dispose of these items at work."

3. **WMSC Response to Items 1. C., D., and E.:**

A. Each of these items mention of "lead-safe work practices." Please provide clarification on specifically what these lead safe work practices are? What Procedures, SOPs, or other instructional documents define these practices? Please provide all documents or existing guidance on these practices.

4. **WMSC Response to Item 1. E.:**

A. This item states WMATA is providing respiratory protection guidance, but there is reportedly (per WMATA's response in Item 9) no respiratory protection plan in place. What policies or documents inform the respiratory protection guidance being given to employees?

B. Guidance in SB 23-11-B is mentioned. WMATA's 1/5/2024 response states SB-23-11-B "addresses the use of filtering facepiece respirators (N95 and P100)." The version of SB-23-11-B previously submitted to the WMSC does not mention the use of P100 respiratory protection. Please clarify this inconsistency.

5. **WMSC Response to Item 2. A. b. and c.:**

A. Why does the planned assessment in tunnel segments not include assessment being conducted during all hours? What is discussed is the currently planned assessment only being conducted during revenue hours. Job tasks should be monitored when they're happening. Exposure in all job tasks isn't fully capturable if assessment is only conducted during revenue hours.

6. **WMSC Response to Item 2. B.:**

A. The intent of our previous comment was to communicate that the WMSC wants to learn the results of this and any future testing as you receive it, and any future testing. Moving forward, please notify us as this testing information comes in.

7. Please provide clear schedules of the planned activities as far as all planned as far as the Ambient Air Assessments and when the findings of any testing will be provided to the WMSC. **WMSC Response to Item 2. C.:**

A.  WMATA stated "The Office of Occupational Safety Oversight and Environmental Management and Compliance conducts regular field audits which include assessment of compliance with applicable OSHA and WMATA regulations and policies." Please provide a sample of three of these field audits for WMSC review.

8. **WMSC Response to Item 3.A.:**

A.  Please provide an updated timeline/schedule of WMATA's actions and testing for the items listed below:

- Multi-component dust characterization in tunnels and underground ancillary rooms – target completion Spring 2024.
- Ambient air assessment of Criteria Air Pollutants in multiple tunnel segments and underground stations – target completion Summer 2024.
- Qualitative exposure assessment of underground employee job tasks – target completion Fall 2025.

9. **WMSC Response to Item 4:**

A.  WMATA states "Safety is working with these departments to review and update these cleaning procedures, as necessary, in response to the recent discovery of lead in accumulated dust." Please clarify what specifically Safety is doing and has done to review and update these procedures/what specific action has been done on this effort and what specific future action is planned to be done on this effort.

B.  WMATA also stated "Cleaning procedures for the rooms referenced are dictated by the departments with primary maintenance responsibilities." Please provide all documentation of department specific communication and policies on this effort within departments, as well as updates to any of these policies and procedures based on lead. Please also provide a list of existing department specific procedures and their changes.

C.  The following question the WMSC asked was not addressed in WMATA's 1/5/2024 response: "Identify the applicable standard operating procedures or policies for housekeeping in the WMATA Rail System." Please provide this information.

10. **WMSC Response to Item 5:**

A.  The WMSC requested "What parameters and processes are being used to determine what areas of contamination will be treated as lead abatement with proper hazardous waste processing and disposal procedures and which areas - based on levels of contamination - will be cleaned and processed as non-hazardous waste?" This request was unanswered. Please provide an answer to the above, including provision of specific parameters and processes being used.

B.  Please provide the mentioned "Toxic Characteristic Leaching Procedure."

11. **WMSC Response to Item 8/the Lead Source Analysis Report:**

A.  The submitted Lead Source Analysis Report suggests the 2000/3000 Series Brake Pad may be a source of lead in the system. Please clarify specifically what the plan is moving forward using this information to address this potential source. What actions are being considered or planned? Is changing out the 2000/3000 Series Brake Pad being considered?

B.  The submitted Lead Source Analysis Report lists 5 items. What are all of the items analyzed in this effort; was it just these 5 items listed in this report?

C.  Was any analysis of paint in the system as a potential source of lead done? If not, is this being planned?

D.  Does WMATA have an oil/water separator pumping station system? Please provide the drawings of this system if so.

12. **WMSC Response to Item 9:**

A.  WMATA reports there is no respiratory protection plan currently in place, and that one is expected by the end of January 2024.

- Please provide this plan as soon as it becomes available (by the end of January 2024).

B.  The WMSC suggests looking at confined space procedures as there should be a respiratory protection plan in place for this work. Please provide whatever relevant policies or documentation exists.

C.  The Hot Works Program Manual provided in Actionable Item #1 of C-0228 states that the SAFE OSHA group provides guidance on respiratory protection use. This suggests some kind of respiratory protection plan is in place. Please advise and provide any related documentation.

13.  **WMSC Response to Supporting Documents:**

A.  The following items contain materials with redacted information. Please provide the unredacted versions of these documents:

- 2019.7.30 Medical Center Document
- 2019.3.26 Medical Center Document
- 2019.7.2 Medical Center Document
- 2020.01.24 Medical Center Discovery of Hazardous Materials at the site
- 2019.7.25 Medical Center Discovery of Hazardous Materials at the site

B.  The 7/30/2019 Medical Center Document discussed the existence of hazard levels present that threaten employees but not the traveling public. What exactly was done to address this threat to employees? Provide all documentation.

C.  The 3/2/2012 Rosslyn Tunnel report showed levels of hazardous substances above threshold levels. Please provide all documentation and information on what was done to ameliorate the hazards identified by this report.

D.  Does what was provided in this folder of additional supporting documents include all construction and project-related lead testing?

Additionally, the WMSC requests the following:

14.  Please provide all written communication from Maryland Occupational Safety (MOSH), and all of WMATA's written responses to MOSH, as well as all documentation exchanged.

A.  Please also clarify if MOSH has made any determinations or recommendations based on that correspondence.

16.  In WMATA's response to our email dated October 16, 2023, WMATA stated "But in the immediate term, Metro's specialist OSH team has procured sampling supplies, designed a sampling plan, and started conducting dust sampling in underground work locations where there is a reasonable possibility of dust accumulating, focusing on ancillary rooms and mechanical spaces in the underground portions of the Metro rail network. **Started on 10/30**, with target completion early November 2023." Please provide any testing results conducted by Metro's specialist OSH Team starting on October 30, 2023 to date.

Please review these items and provide responses by February 9, 2024. Thank you.



**John O'Donnell**
*Audits and CAPs Specialist*
*Washington Metrorail Safety Commission*
✉ jodonnell@wmsc.gov
☎ : 202-998-2448  ✆ : 202-367-7295  ▸ www.wmsc.gov

---

**From:** QICO_Metro_Regulatory_Compliance_Program <QICO_Metro_Regulatory_Compliance_Program@wmata.com>
**Sent:** Friday, January 5, 2024 2:57 PM
**To:** Ashley Rhodes <arhodes@wmsc.gov>; John O'Donnell <JODonnell@wmsc.gov>; Davis Rajtik <Drajtik@wmsc.gov>; WMSC Correspondence <Correspondence@wmsc.gov>
**Cc:** Johnson, Jayme M. <jmjohnson@wmata.com>; Sequeira, Loyda P. <lsequeira@wmata.com>; Garcia-Sanchez, Juanmanuel <JGarcia-Sanchez@wmata.com>; Perez Santiago, Carlos M. <CMPerezSantiago@wmata.com>
**Subject:** WMATA Response (01-05-24) | Lead Issue Requests | WMSC-22-C0171

Good afternoon,

On behalf of our stakeholders, Quality is submitting the attached response to your December 5, 2023 email below. We uploaded additional evidence to the WMATA-WMSC Collaboration Site, accessible using this link.

Please let us know if you have any questions, comments, or concerns. Thank you in advance for your consideration.

Respectfully,



**Metro Regulatory Compliance Program**
Quality Assurance, Internal Compliance & Oversight (Quality)
The Washington Metropolitan Area Transit Authority (WMATA)
QICO_Metro_Regulatory_Compliance_Program@wmata.com
*Promoting Transparency, Accountability, & Public Confidence*

The information contained in this email is intended for the sole use of the persons or entities named. The dissemination, distribution, copying or use of the information is strictly prohibited. If you are not an intended recipient of this transmission, notify the sender immediately and delete it.

---

**From:** Ashley Rhodes <arhodes@wmsc.gov>
**Sent:** Tuesday, December 5, 2023 3:39 PM
**To:** QICO_Metro_Regulatory_Compliance_Program <QICO_Metro_Regulatory_Compliance_Program@wmata.com>
**Cc:** Alexander, Kelly <KAlexander1@wmata.com>; Sequeira, Loyda P. <LSequeira@wmata.com>; Perez Santiago, Carlos M. <CMPerezSantiago@wmata.com>; Garcia-Sanchez, Juanmanuel <JGarcia-Sanchez@wmata.com>; Johnson, Jayme M. <JMJohnson@wmata.com>; Davis Rajtik <Drajtik@wmsc.gov>; Sharmila Samarasinghe <SSamarasinghe@wmsc.gov>; John O'Donnell <JODonnell@wmsc.gov>; WMSC Correspondence <Correspondence@wmsc.gov>
**Subject:** <External>RE: WMATA Additional Information (11-20-23) to Lead Issue Requests | WMSC-22-C0171 Actionable Item #4

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and have verified the authenticity of the message.

Good afternoon,

Please see the below listed requests and provide responses to the below **by January 5, 2024.**

1. In response to information submitted by WMATA on 11/17/2023 and 11/20/2023 (SGS Galson Ancillary Room Results Report dated 11/10/2023, Safety Bulletin 23-11-B, Safety Bulletin 23-11-C, Industrial Hygiene Assessment Report OSH-IH-Pb-2023-002, and WMATA's 11/20/2023 email):
    a. Please clarify the source of the tolerance levels for lead being considered by WMATA. What exactly are those tolerance levels based on?
    b. 200 mg/ft$^2$ is not an OSHA defined level. Please clarify where this value comes from (provide an appropriate federal, state, or industry standard or code being used as reference).
    c. In the 11/20/2023 provided Industrial Hygiene Assessment Report OSH-IH-Pb-2023-002, sampled location C-07-ATC is of particular concern given the high lead level reported and that this is a reporting location where people are working continuously (providing continuous exposure to the lead detected at this location). Please specify what is being done to address the immediate hazard at this location with this known lead level.
    d. Safety Bulletin 23-11-B instructs employees to leave work clothing and shoes at work. Is there a cleaning service or process provided to employees (and an appropriate storage area for contaminated and clean clothing) for the work area storage or cleaning of these items? If so, please provide documentation of this process and of communication of this process to employees.
    e. Safety Bulletin 23-11-B also instructs employees to wear N-95 masks if they choose. Please clarify what guidance or source is being used to inform this recommendation (where is the use of N-95 masks for protection against lead dust recommended)? Are employees provided with N-95 masks? Are they informed as to what hazards the masks will protect them from and what hazards they will not? Have they been trained on proper use, storage, and disposal of masks?
    f. Page 7 of the SGS Galson Ancillary Room Results Report dated 11/10/2023 states "dust is primarily from the friction of rail and train car components." Provide the basis for this conclusion, including all associated supporting information and evidence.

2. In response to information submitted by WMATA on 11/8/2023 (WMATA Dust Sampling Plan, Hazard Communication Program, and email correspondence):
    a. WMATA confirmed that a contractor will use an "all-hazards" approach for testing. We have not received the breakdown of the "all hazards." In other words, what will WMATA be testing for (other metals, chemicals, fibers, biological substances, and particulates)? Please provide a breakdown of the "all hazards."
    b. WMATA states the "Ambient Air Assessment of Criteria Air Pollutants" will not be completed until June 2024. If there are any chemical or biological exposures at or near Threshold Limit Values, then the WMSC must be notified immediately (within 24 hours).
    c. The provided Hazard Communication Program SOP did not state that the Safety Department should conduct field reviews to make sure that all bottles and containers are labeled properly and that the products in use matched the SDS inventory. Please clarify if this is required elsewhere in writing and provide that documentation.

3. Regarding WMATA's October 31, 2023 email:

a. Please provide any updates on the timeline provided in this email (is what was provided on October 31, 2023 still accurate, or have timelines or plans changed?).

b. The below italicized text was stated. Have each of these items been completed as planned by the end of November? Provide documentation substantiating the completion of these tasks. Note regarding the second bullet, the WMSC is interested also in any data procured on the composition of collector shoes.

   i. *"Metro is in the process of sourcing a specialist vendor to clean all EMS and ETEC Cabinets – Target is to complete procurement in November."*

   ii. *"Metro is awaiting updated data sheets from manufacturers for brake components and other wear components, such as grounding brushes - Target completion end of November 2023."*

4. In an October 16, 2023 email, WMATA stated that it does not currently plan to assess areas that receive regular housekeeping, such as elevators, escalators, and benches. What is the housekeeping protocol for ancillary rooms, vents, and areas where lead has been detected. Identify the applicable standard operating procedures or policies for housekeeping in the WMATA Rail System.

5. What parameters and processes are being used to determine what areas of contamination will be treated as lead abatement with proper hazardous waste processing and disposal procedures and which areas - based on levels of contamination - will be cleaned and processed as non-hazardous waste?

6. Provide all tunnel dust, air quality tests, and sampling results for the WMATA Rail System conducted since 2010.

7. Provide any other testing results in the WMATA Rail System not included in the above that identified levels of lead above threshold values (and clarify how those thresholds were determined) or requiring action of any kind (cleaning, waste handling, construction precautions, abatement, etc.) from 2010 to present.

Thank you,



**ASHLEY RHODES** (she/her)
Program Manager
Corrective Action Plans

**Direct: (202) 384-1522**
Cell: (540) 841-3389

**From:** QICO_Metro_Regulatory_Compliance_Program <QICO_Metro_Regulatory_Compliance_Program@wmata.com>
**Sent:** Monday, November 20, 2023 3:53 PM
**To:** Ashley Rhodes <arhodes@wmsc.gov>; Davis Rajtik <Drajtik@wmsc.gov>; John O'Donnell <JODonnell@wmsc.gov>; Sharmila Samarasinghe <SSamarasinghe@wmsc.gov>; WMSC Correspondence <Correspondence@wmsc.gov>
**Cc:** Johnson, Jayme M. <jmjohnson@wmata.com>; Sequeira, Loyda P. <lsequeira@wmata.com>; Alexander, Kelly <kalexander1@wmata.com>; Perez Santiago, Carlos M. <CMPerezSantiago@wmata.com>; Garcia-Sanchez, Juanmanuel <JGarcia-Sanchez@wmata.com>
**Subject:** WMATA Additional Information (11-20-23) to Lead Issue Requests | WMSC-22-C0171 Actionable Item #4

Good afternoon WMSC Team,

Please see the **additional information**, below, submitted by our stakeholders on this matter.

> Further to last week's update on the ongoing response to presence of lead in underground locations, Metro has acted promptly to the results of sampling of dust in ancillary underground locations. Testing concluded on 11/07/23, raw results data were received on 11/10/23. A draft analysis report was completed by 11/15/23, and a final report was published on 11/20/23 (attached).
>
> Metro met with union representatives on 11/17/23, to discuss the findings, and will shortly issue safety guidance to staff. The guidance was drafted by our Industrial Hygienist and is in line with OSHA guidelines.
>
> Two Safety Bulletins were published (attached): one for Infrastructure personnel specifically, as some of their job tasks entail disturbance of accumulated dust; one for all staff to provide situational awareness on what has been found. We are in contact with union representatives and have suggested to union representatives how best to present staff with opportunities to ask questions.
>
> We have a verbal update with WMSC scheduled for 10am on 11/22/23.
>
> Ongoing actions:
> * Investigation continues into the source
> * Now we have more data, a preliminary hazard assessment will be completed
> * Underground cleaning programs will be reviewed
> * CBT safety training is being developed
> * Proposals are being received for a task order for further testing

Respectfully,



Juanmanuel Garcia-Sanchez | QA Project Coordinator
Quality Assurance, Internal Compliance & Oversight (Quality)
The Washington Metropolitan Area Transit Authority (WMATA)
L'Enfant Plaza HQ 4th Floor, #415-20A
Mobile (202) 578-1501 | Office (202) 627-4554 | JGarcia-Sanchez@wmata.com
*Promoting Transparency, Accountability & Public Confidence*

The information contained in this email is intended for the sole use of the persons or entities named. The dissemination, distribution, copying or use of the information is strictly prohibited. If you are not an intended recipient of this transmission, notify the sender immediately and delete it.

**From:** QICO_Metro_Regulatory_Compliance_Program <QICO_Metro_Regulatory_Compliance_Program@wmata.com>
**Sent:** Friday, November 17, 2023 4:58 PM
**To:** Ashley Rhodes <arhodes@wmsc.gov>; Davis Rajtik <Drajtik@wmsc.gov>; John O'Donnell <JODonnell@wmsc.gov>; Sharmila Samarasinghe <SSamarasinghe@wmsc.gov>; WMSC Correspondence <Correspondence@wmsc.gov>

**Cc:** Johnson, Jayme M. <JMJohnson@wmata.com>; Sequeira, Loyda P. <LSequeira@wmata.com>; Alexander, Kelly <KAlexander1@wmata.com>; Perez Santiago, Carlos M. <CMPerezSantiago@wmata.com>; Garcia-Sanchez, Juanmanuel <JGarcia-Sanchez@wmata.com>
**Subject:** WMATA Response (11-17-23) to Lead Issue Requests | WMSC-22-C0171 Actionable Item #4

Good afternoon WMSC Team,

Following up on your November 6, 2023 email, our stakeholder provided this week's update (copied below) on the interrelated lead issue. Please see updates in blue.

For your consideration: The Departments of Safety and of Quality Assurance, Internal Compliance & Oversight jointly request the WMSC to consider using the SAFE biweekly Wednesday meetings as the forum in which to receive/discuss updates on this lead issue in lieu of a weekly email requirement. Thank you in advance for your consideration and we look forward to your response.

- Please provide the WMSC with a weekly report **beginning the week of November 13, 2023** containing the following information:
    - What actions included in the designated sampling plan have been done to date,
      With regards to the initial sampling plan of underground spaces, 39 samples were taken from various locations by 11/07/23. The results have been received and analysis report is in draft.
    - What actions included in the designated sampling plan remain to be done,
      The report is to be finalized.
    - Any actions taken based upon results/data analysis or other information.
      Meeting held with Infrastructure senior management on 11/16/23 to gather job/task data to inform next steps.
    - All raw data that has been acquired since the previous report.
      See attached.
    - What has changed since the previous weekly report including:
        - Any changes to employee (WMATA or contractor) assignments, tasks, or protective measures associated with the sampling activities or resulting from findings acquired through the testing collection and analysis process,
          Two October Safety Bulletins and pausing of ETEC cart preventative maintenance. Metro is currently reviewing OSHA guidance and designing any necessary near term mitigations for infrastructure personnel and stocking hygiene supplies to ensure availability to employees as needed.
        - Any changes or revisions to current contracts, agreements, or tasks associated with testing, sampling, and analysis activities, and
          Procurement continues to work on securing contract to clean the EMS and ETEC cabinets, expected to be awarded in December; relating to the larger sampling and work analysis task order, proposals are expected to be received by mid-December
        - Any new or revised communications, bulletins, or similar items to employees, contractors, responders, or the public based on testing results.
          Meeting held between Safety and L689/single employee; second employee has requested documentation, which is being assessed and responded to; meeting of JLMSC Sub-Committee on 11/17/23 to discuss next steps once report is finalized.

Respectfully,



Juanmanuel Garcia-Sanchez | QA Project Coordinator
Quality Assurance, Internal Compliance & Oversight (Quality)
The Washington Metropolitan Area Transit Authority (WMATA)
L'Enfant Plaza HQ 4th Floor, #415-20A
Mobile (202) 578-1501 | Office (202) 627-4554 | JGarcia-Sanchez@wmata.com
*Promoting Transparency, Accountability & Public Confidence*

The information contained in this email is intended for the sole use of the persons or entities named. The dissemination, distribution, copying or use of the information is strictly prohibited. If you are not an intended recipient of this transmission, notify the sender immediately and delete it.

**From:** QICO_Metro_Regulatory_Compliance_Program <QICO_Metro_Regulatory_Compliance_Program@wmata.com>
**Sent:** Wednesday, November 8, 2023 5:06 PM
**To:** Ashley Rhodes <arhodes@wmsc.gov>; Davis Rajtik <Drajtik@wmsc.gov>; John O'Donnell <JODonnell@wmsc.gov>; Sharmila Samarasinghe <SSamarasinghe@wmsc.gov>
**Cc:** Johnson, Jayme M. <JMJohnson@wmata.com>; Sequeira, Loyda P. <LSequeira@wmata.com>; Alexander, Kelly <KAlexander1@wmata.com>; Perez Santiago, Carlos M. <CMPerezSantiago@wmata.com>; Garcia-Sanchez, Juanmanuel <JGarcia-Sanchez@wmata.com>
**Subject:** WMATA Response (11-08-23) to Lead Issue Requests | WMSC-22-C0171 Actionable Item #4

Good afternoon,

In response to your November 6, 2023 email, our stakeholder provided the information in blue below.

Respectfully,



Juanmanuel Garcia-Sanchez | QA Project Coordinator
Quality Assurance, Internal Compliance & Oversight (Quality)
The Washington Metropolitan Area Transit Authority (WMATA)
L'Enfant Plaza HQ 4th Floor, #415-20A
Mobile (202) 578-1501 | Office (202) 627-4554 | JGarcia-Sanchez@wmata.com
*Promoting Transparency, Accountability & Public Confidence*

The information contained in this email is intended for the sole use of the persons or entities named. The dissemination, distribution, copying or use of the information is strictly prohibited. If you are not an intended recipient of this transmission, notify the sender immediately and delete it.

**From:** Ashley Rhodes <arhodes@wmsc.gov>
**Sent:** Monday, November 6, 2023 6:12 PM
**To:** QICO_Metro_Regulatory_Compliance_Program <QICO_Metro_Regulatory_Compliance_Program@wmata.com>; Davis Rajtik <Drajtik@wmsc.gov>; John O'Donnell <JODonnell@wmsc.gov>
**Cc:** Sequeira, Loyda P. <LSequeira@wmata.com>; Alexander, Kelly <KAlexander1@wmata.com>; Perez Santiago, Carlos M. <CMPerezSantiago@wmata.com>; Garcia-Sanchez, Juanmanuel <JGarcia-Sanchez@wmata.com>; Sharmila Samarasinghe <SSamarasinghe@wmsc.gov>; Ashley Rhodes <arhodes@wmsc.gov>
**Subject:** Lead Issue Requests RE: <External>Re: Extension Request Additional Information | WMSC-22-C0171 Actionable Item #4

Thank you for the information provided on October 31, 2023. Please see additional requests below.

- Please provide the designed sampling plan mentioned in your October 31, 2023 email **by November 13, 2023.**

  Please see the *WMATA Dust Sampling Plan – Underground Ancillary Spaces* attached.

- Please provide Metro's respiratory safety plan/HAZCOM plan for employees **by November 13, 2023.**

Metro's Respiratory Protection Program is in draft form, and is currently undergoing Metro's review, comment, and approval process. Metro will provide this program once signed.

Please find the *Hazard Communication Program* attached.

- Please provide the WMSC with a weekly report **beginning the week of November 13, 2023** containing the following information:
  - o What actions included in the designated sampling plan have been done to date,

The planned dust wipe sampling is complete, and samples are being analyzed by an accredited lab. Metro expects results on or about November 13, 2023.

  - o What actions included in the designated sampling plan remain to be done,

Analysis of sampling results.

  - o Any actions taken based upon results/data analysis or other information,

These actions pend analysis of the data and subsequent risk assessment.

  - o All raw data that has been acquired since the previous report, and

No additional data to report for this update.

  - o What has changed since the previous weekly report including:
    - ▪ Any changes to employee (WMATA or contractor) assignments, tasks, or protective measures associated with the sampling activities or resulting from findings acquired through the testing collection and analysis process,

These actions pend analysis and risk assessment of wipe sampling data.

    - ▪ Any changes or revisions to current contracts, agreements, or tasks associated with testing, sampling, and analysis activities, and

Metro received 1 of 3 expected proposals from our identified contractor who will conduct the more comprehensive tunnel dust sampling and analysis project. This project is not specifically related to lead but intended to characterize all hazards from tunnel dust and conduct associated risk assessments to determine if additional customer or employee protections are needed.

    - ▪ Any new or revised communications, bulletins, or similar items to employees, contractors, responders, or the public based on testing results.

These actions pend analysis and risk assessment of wipe sampling data.

- Please add this issue as an agenda item for discussion of updates on the Biweekly SAFE call **beginning November 8.**

Completed.

- Once a professional services contractor is acquired, please advise on updated dates for the below items listed in your October 31, 2023 email: Understood.
    - *"Multi-component dust characterization in tunnels and underground ancillary rooms – target completion Spring 2024*
    - *Ambient air assessment of Criteria Air Pollutants in multiple tunnel segments and underground stations – target completion Summer 2024*
    - *Qualitative exposure assessment of underground employee job tasks – target completion Fall 2025."*

Thank you,



**ASHLEY RHODES** (she/her)
Program Manager
Corrective Action Plans

**Direct: (202) 384-1522**
Cell: (540) 841-3389

**From:** QICO_Metro_Regulatory_Compliance_Program <QICO_Metro_Regulatory_Compliance_Program@wmata.com>
**Sent:** Tuesday, October 31, 2023 1:55 PM
**To:** Ashley Rhodes <arhodes@wmsc.gov>; Davis Rajtik <Drajtik@wmsc.gov>; John O'Donnell <JODonnell@wmsc.gov>
**Cc:** Sequeira, Loyda P. <lsequeira@wmata.com>; Alexander, Kelly <kalexander1@wmata.com>; Perez Santiago, Carlos M. <CMPerezSantiago@wmata.com>; Garcia-Sanchez, Juanmanuel <JGarcia-Sanchez@wmata.com>
**Subject:** RE: <External>Re: Extension Request Additional Information | WMSC-22-C0171 Actionable Item #4

Good afternoon:

Please see below our stakeholders' responses to the WMSC's additional questions. Additionally, we have attached all relevant documentation, including requested bulletins. Let us know if you have any questions or request for more information.

Respectfully,



Juanmanuel Garcia-Sanchez | QA Project Coordinator
Quality Assurance, Internal Compliance & Oversight (Quality)
The Washington Metropolitan Area Transit Authority (WMATA)
L'Enfant Plaza HQ  4ᵗʰ Floor, #415-20A
Mobile (202) 578-1501 | Office (202) 627-4554 | JGarcia-Sanchez@wmata.com
*Promoting Transparency, Accountability & Public Confidence*

The information contained in this email is intended for the sole use of the persons or entities named. The dissemination, distribution, copying or use of the information is strictly prohibited. If you are not an intended recipient of this transmission, notify the sender immediately and delete it.

**From:** Ashley Rhodes <arhodes@wmsc.gov>
**Sent:** Friday, October 20, 2023 12:02 PM
**To:** QICO_Metro_Regulatory_Compliance_Program <QICO_Metro_Regulatory_Compliance_Program@wmata.com>; Davis Rajtik <Drajtik@wmsc.gov>; John O'Donnell <JODonnell@wmsc.gov>
**Cc:** Johnson, Jayme M. <JMJohnson@wmata.com>; Sequeira, Loyda P. <LSequeira@wmata.com>; Alexander, Kelly <KAlexander1@wmata.com>; Perez Santiago, Carlos M. <CMPerezSantiago@wmata.com>; Garcia-Sanchez, Juanmanuel

<JGarcia-Sanchez@wmata.com>; Ashley Rhodes <arhodes@wmsc.gov>
**Subject:** RE: <External>Re: Extension Request Additional Information | WMSC-22-C0171 Actionable Item #4

Good afternoon,

There are two aspects. One relates to the C-0171 Actionable Item 4 modification request. The other is the interrelated lead issue.

**The Lead:**

For the following items stated in the October 16, 2023 email, please provide when the task has been or will begin, when completion is expected, and specific detail on what exactly has been done to progress these tasks to date (some of these items may be duplicative and referring to the same initiative; please indicate in your response which of the below items is addressed by which stated timeline).

1. WMATA is conducting a review of wear components for rail operations to determine if any contain lead.

   The investigation into a potential source of the lead continues. Metro has reviewed metallurgy and contacted manufacturers of multiple components, including rail, wheels, and brakes. Wheels and rails contain trace amounts of lead, which is present in the scrap metal sourced to make the rails and wheels. Metro is awaiting updated data sheets from manufacturers for brake components and other wear components, such as grounding brushes. Target completion end of November 2023. Once this information is gathered, and in conjunction with additional dust sampling results, Metro will complete a hazard analysis.

2. WMATA is progressing a more comprehensive assessment of tunnel dust and air quality to provide more data and assist with possible identification of the source.

   Metro has submitted an RFP to a professional services contractor and is awaiting proposals. *It is not possible to put firm timeframes on this project until proposals are returned, and an award is made.* The scope is drafted to cover three phases, but may change as proposals are received:

   i. Multi-component dust characterization in tunnels and underground ancillary rooms – target completion Spring 2024
   ii. Ambient air assessment of Criteria Air Pollutants in multiple tunnel segments and underground stations – target completion Summer 2024
   iii. Qualitative exposure assessment of underground employee job tasks – target completion Fall 2025.

   But in the immediate term, Metro's specialist OSH team has procured sampling supplies, designed a sampling plan, and started conducting dust sampling in underground work locations where there is reasonable possibility of dust accumulating, focusing on ancillary rooms and mechanical spaces in the underground portions of the Metro rail network. Started on 10/30, with target completion early November 2023.

   Of note, results of testing of dust samples from ETEC cabinets were received on 10/27/23.

3. WMATA is progressing a more comprehensive assessment of tunnel dust and air quality, which will include dust sampling in ancillary rooms.

See response to Question #2

4. The cabinets have been removed from service, and the safe disposal of contents is being finalized.

   EMS cabinets were stickered closed by 10/16/23. Safety Operations Bulletin confirmed and communicated this. Metro is in the process of sourcing a specialist vendor to clean all EMS and ETEC Cabinets. Target is to complete the procurement in November. Contents will be disposed of, apart from ETEC carts and skeds, which vendor will remediate. But this may change as procurement is finalized. Metro has already contracted a vendor to clean the 9 dual EMS-ETEC cabinets, work started on 10/30/23, and it is estimated to take two weeks to complete. Current estimate is it will take five to six months (from notice to proceed) to clean the remaining 52 EMS cabinets and 212 ETEC cabinets.

5. New equipment is being purchased and will be placed in the fire equipment closets on the mezzanines.

   New Bandages and Light sticks have been purchased and deployed to the fire equipment closets. Litters are in procurement with an estimate to be deployed by mid-November.

6. New equipment will be purchased. Safety is working with procurement to order equipment.

   See response to Question #5.

7. Safety staff is working on execution and a timeframe for a licensed lead abatement contractor to clean the cabinets.

   See response to Question #4.

8. Cleaning will be conducted by a licensed and trained lead abatement contractor, following industry practices to safely remove lead containing dust.

   Yes, an approved and certified lead abatement contractor will be utilized with specific licensure in MD, DC, and VA. Activities and timeline detailed in response to Question #4.

9. Metro is assessing whether additional ETECs can be strategically deployed to mitigate areas initially covered by the affected ETEC/EMS combination cabinets.

   In consultation with local fire department representatives, nine additional ETEC carts were deployed on 10/20/23 (6) and 10/23/23 (3):

| Station | Deployed ETEC location |
|---|---|
| A04- Woodley Park | VA7 |
| A05- Cleveland Park | FA6 |
| A06- Van Ness-UDC | VA11 |
| A07- Tenleytown-AU | VA15 |
| A10- Medical Center | A10VA21 |
| A12-North Bethesda | Room 110 Mechanical Equip. |
| E02- Shaw-Howard U | VE4 |

| F05 Navy Yard- Ballpark | VF8 |
| K01 Courthouse | VK2 |

10. A project is awarded to a licensed lead risk assessor, with expected completion near the end of October 2023.

See response to Question #2, which outlines the approach to further testing.

Questions:

1. What is meant by "ancillary rooms" in the context of "a more comprehensive assessment of tunnel dust and air quality"?

Rooms that are accessed by employees only, such as train control rooms, communications rooms, maintenance rooms, and mechanical spaces with heating, ventilating, and air conditioning equipment.

2. The email noted "OEP staff and first responders via COG have been informed of the situation." How specifically was this communicated and when? Please provide a copy of these communications.

Safety Operations Bulletin #2023-9 was sent to COG for distribution on 10/10/23. Emails attached. OEP Response and Recovery was informed with the same bulletin on 10/10/23. A second Safety Operations Bulletin was sent on 10/27/23.

Please provide a response to these items by **Wednesday, November 1, 2023**.

**The Modification Request:**

A revised modification request was submitted for C-0171 Actionable Item 4 on 10/6/2023. Separately, the October 10, 2023 Safety Operations Bulletin states "The EMS cabinets will be placed out of service, marked as such, and eventually removed." Please advise whether the cabinets will indeed be removed, and how that affects the submitted modification request. If the modification request needs to be revised, please submit a revised request accordingly.

Metro is still assessing options for the cabinets once cleaned. An updated CAP modification request will be provided once a decision has been finalized on the final disposition of the clean cabinets. This information is expected by end of November once Metro has full visibility on timeframes for cleaning.

Please provide a response regarding the modification request by **Wednesday, November 1, 2023**.

Thank you,



**ASHLEY RHODES** (she/her)
Program Manager
Corrective Action Plans

**Direct: (202) 384-1522**
Cell: (540) 841-3389

**From:** QICO_Metro_Regulatory_Compliance_Program <QICO_Metro_Regulatory_Compliance_Program@wmata.com>
**Sent:** Monday, October 16, 2023 4:19 PM
**To:** Davis Rajtik <Drajtik@wmsc.gov>; Ashley Rhodes <arhodes@wmsc.gov>; John O'Donnell <JODonnell@wmsc.gov>
**Cc:** Johnson, Jayme M. <jmjohnson@wmata.com>; Sequeira, Loyda P. <lsequeira@wmata.com>; Alexander, Kelly <kalexander1@wmata.com>; Perez Santiago, Carlos M. <CMPerezSantiago@wmata.com>; Garcia-Sanchez, Juanmanuel <JGarcia-Sanchez@wmata.com>
**Subject:** RE: <External>Re: Extension Request Additional Information | WMSC-22-C0171 Actionable Item #4

Good afternoon,

Please see our stakeholder's responses in blue below.

1. Has the source(s) of the lead been identified? If not, what is being done to identify those sources? The source has not been identified at this time. WMATA is conducting a review of wear components for rail operations to determine if any contain lead. Additionally, WMATA is progressing a more comprehensive assessment of tunnel dust and air quality to provide more data and assist with possible identification of the source.

2. Are any mitigations being implemented beyond the cabinets being placed out of service? Yes, OEP staff and first responders via COG have been informed of the situation. In the immediate, the cabinets have been removed from service, and the safe disposal of contents is being finalized. New equipment is being purchased and will be placed in the fire equipment closets on the mezzanines. COG is fully updated on the plan and progress. Metro is progressing a more comprehensive assessment of tunnel dust and air quality to establish if further actions are necessary.

3. For the 9 joint ETEC/EMS cabinets that will be temporarily placed out of service for cleaning (Woodley Park, Cleveland Park, Van Ness-UDC, Tenleytown-AU, Medical Center, North Bethesda, Shaw-Howard U, Navy Yard-Ballpark, and Court House): (Re: Safety Operations Bulletin #2023-9)

    a. When is cleaning scheduled for each of the 9 joint ETEC/EMS cabinets? Safety staff is working on execution and a timeframe for a licensed lead abatement contractor to clean the cabinets.

    b. While cleaning is underway, what mitigations (if any) will be taken for people conducting the cleaning and for others (passengers, employees, etc.)? Cleaning will be conducted by a licensed and trained lead abatement contractor, following industry practices to safely remove lead containing dust. Work will be conducted outside of revenue hours.

    c. Until the ETEC carts are back in service at the 9 joint ETEC/EMS locations, what (if any) mitigations are in place related to emergency response? First responders have been briefed on the situation via COG, and support the steps taken by Metro. Metro is assessing whether additional ETECs can be strategically deployed to mitigate areas initially covered by the affected ETEC/EMS combination

cabinets. These ETECs would be from new stock and will replace emergency evacuation capability lost by the ETECs which were placed temporarily out of service.

d. Are other ETEC storage locations being assessed? Yes. A project is awarded to a licensed lead risk assessor, with expected completion near the end of October 2023.

e. Are there any other parts of the system that are being assessed for lead contamination? (Such as ancillary rooms, stations, elevator/escalator areas, passenger benches, kiosks, etc.) Yes. WMATA is progressing a more comprehensive assessment of tunnel dust and air quality, which will include dust sampling in ancillary rooms. WMATA does not currently plan to assess areas that receive regular housekeeping, such as elevators, escalators, and benches.

4. "The contents of the cabinets will be relocated to the Fire Equipment Closet" please confirm that only items not containing lead dust will be relocated. Provide the timeline for the relocation of all cabinet materials. (Re: Safety Operations Bulletin #2023-9) New equipment will be purchased. Safety is working with procurement to order equipment.

Please let us know if you have any additional questions or requests for information.

Respectfully,



Juanmanuel Garcia-Sanchez | QA Project Coordinator
Quality Assurance, Internal Compliance & Oversight (Quality)
The Washington Metropolitan Area Transit Authority (WMATA)
L'Enfant Plaza HQ  4th Floor, #415-20A
Mobile (202) 578-1501 | Office (202) 627-4554 | JGarcia-Sanchez@wmata.com
*Promoting Transparency, Accountability & Public Confidence*

The information contained in this email is intended for the sole use of the persons or entities named. The dissemination, distribution, copying or use of the information is strictly prohibited. If you are not an intended recipient of this transmission, notify the sender immediately and delete it.

**From:** Davis Rajtik <Drajtik@wmsc.gov>
**Sent:** Tuesday, October 10, 2023 1:44 PM
**To:** QICO_Metro_Regulatory_Compliance_Program <QICO_Metro_Regulatory_Compliance_Program@wmata.com>
**Cc:** Sequeira, Loyda P. <LSequeira@wmata.com>; Alexander, Kelly <KAlexander1@wmata.com>; Perez Santiago, Carlos M. <CMPerezSantiago@wmata.com>; Garcia-Sanchez, Juanmanuel <JGarcia-Sanchez@wmata.com>; Ashley Rhodes <arhodes@wmsc.gov>; John O'Donnell <JODonnell@wmsc.gov>; Sharmila Samarasinghe <SSamarasinghe@wmsc.gov>; WMSC Correspondence <Correspondence@wmsc.gov>; Johnson, Jayme M. <JMJohnson@wmata.com>; Marino, Michael J. <MJMarino@wmata.com>
**Subject:** RE: <External>Re: Extension Request Additional Information | WMSC-22-C0171 Actionable Item #4

Hi Juanma,

As a result of the lead that was identified by the July 14, 2023 report (provided to the WMSC last Friday, October 6, 2023) in the station-platform located Emergency Medical Services (EMS) equipment cabinets, please provide responses to the following questions **by 3:00pm Tuesday, October 17, 2023.**

1. Has the source(s) of the lead been identified? If not, what is being done to identify those sources?
2. Are any mitigations being implemented beyond the cabinets being placed out of service?
3. For the 9 joint ETEC/EMS cabinets that will be temporarily placed out of service for cleaning (Woodley Park, Cleveland Park, Van Ness-UDC, Tenleytown-AU, Medical Center, North Bethesda, Shaw-Howard U, Navy Yard-Ballpark, and Court House): (Re: Safety Operations Bulletin #2023-9)
   a. When is cleaning scheduled for each of the 9 joint ETEC/EMS cabinets?

    b. While cleaning is underway, what mitigations (if any) will be taken for people conducting the cleaning and for others (passengers, employees, etc.)?

    c. Until the ETEC carts are back in service at the 9 joint ETEC/EMS locations, what (if any) mitigations are in place related to emergency response?

    d. Are other ETEC storage locations being assessed?

    e. Are there any other parts of the system that are being assessed for lead contamination? (Such as ancillary rooms, stations, elevator/escalator areas, passenger benches, kiosks, etc.)

4. "The contents of the cabinets will be relocated to the Fire Equipment Closet" please confirm that only items not containing lead dust will be relocated. Provide the timeline for the relocation of all cabinet materials. (Re: Safety Operations Bulletin #2023-9)

Thank you,



**DAVIS C. RAJTIK**
Deputy Chief Operating Officer
_____

**Direct: (202) 384-1534**

---

**From:** QICO_Metro_Regulatory_Compliance_Program <QICO_Metro_Regulatory_Compliance_Program@wmata.com>
**Sent:** Friday, October 6, 2023 2:36 PM
**To:** Davis Rajtik <Drajtik@wmsc.gov>; Ashley Rhodes <arhodes@wmsc.gov>; John O'Donnell <JODonnell@wmsc.gov>; Sharmila Samarasinghe <SSamarasinghe@wmsc.gov>
**Cc:** Sequeira, Loyda P. <lsequeira@wmata.com>; Alexander, Kelly <kalexander1@wmata.com>; Perez Santiago, Carlos M. <CMPerezSantiago@wmata.com>; Garcia-Sanchez, Juanmanuel <JGarcia-Sanchez@wmata.com>
**Subject:** RE: <External>Re: Extension Request Additional Information | WMSC-22-C0171 Actionable Item #4

Good afternoon Davis,

Thank you for the email. Please see the attached report.

Respectfully,



Juanmanuel Garcia-Sanchez | QA Project Coordinator
Quality Assurance, Internal Compliance & Oversight (Quality)
The Washington Metropolitan Area Transit Authority (WMATA)
L'Enfant Plaza HQ  4ᵗʰ Floor, #415-20A
Mobile (202) 578-1501 | Office (202) 627-4554 | JGarcia-Sanchez@wmata.com
_Promoting Transparency, Accountability & Public Confidence_

The information contained in this email is intended for the sole use of the persons or entities named. The dissemination, distribution, copying or use of the information is strictly prohibited. If you are not an intended recipient of this transmission, notify the sender immediately and delete it.

**From:** Davis Rajtik <Drajtik@wmsc.gov>
**Sent:** Friday, October 6, 2023 7:40 AM
**To:** QICO_Metro_Regulatory_Compliance_Program <QICO_Metro_Regulatory_Compliance_Program@wmata.com>;

Ashley Rhodes <arhodes@wmsc.gov>; John O'Donnell <JODonnell@wmsc.gov>
**Cc:** Sequeira, Loyda P. <LSequeira@wmata.com>; Alexander, Kelly <KAlexander1@wmata.com>; Perez Santiago, Carlos M. <CMPerezSantiago@wmata.com>; Garcia-Sanchez, Juanmanuel <JGarcia-Sanchez@wmata.com>; Sharmila Samarasinghe <SSamarasinghe@wmsc.gov>; Davis Rajtik <Drajtik@wmsc.gov>
**Subject:** <External>Re: Extension Request Additional Information | WMSC-22-C0171 Actionable Item #4

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and have verified the authenticity of the message.

Juanma,

Please provide the test report/results indicating the lead.

Davis

## Davis C. Rajtik

Deputy Chief Operating Officer

(202) 384-1534

**From:** QICO_Metro_Regulatory_Compliance_Program <QICO_Metro_Regulatory_Compliance_Program@wmata.com>
**Sent:** Friday, October 6, 2023 7:25 AM
**To:** Ashley Rhodes <arhodes@wmsc.gov>; John O'Donnell <JODonnell@wmsc.gov>; Davis Rajtik <Drajtik@wmsc.gov>
**Cc:** Sequeira, Loyda P. <lsequeira@wmata.com>; Alexander, Kelly <kalexander1@wmata.com>; Perez Santiago, Carlos M. <CMPerezSantiago@wmata.com>; Garcia-Sanchez, Juanmanuel <JGarcia-Sanchez@wmata.com>
**Subject:** Extension Request Additional Information | WMSC-22-C0171 Actionable Item #4

Good morning,

On behalf of our stakeholder, Quality is submitting the attached memorandum to provide the additional information requested in your September 25, 2023 email. Please let us know if you have any additional questions or requests for information as you consider this extension request. Thank you in advance for your consideration.

Respectfully,



**Juanmanuel Garcia-Sanchez | QA Project Coordinator**
Quality Assurance, Internal Compliance & Oversight (Quality)
The Washington Metropolitan Area Transit Authority (WMATA)
L'Enfant Plaza HQ  4ᵗʰ Floor, #415-20A
Mobile (202) 578-1501 | Office (202) 627-4554 | JGarcia-Sanchez@wmata.com
*Promoting Transparency, Accountability & Public Confidence*

The information contained in this email is intended for the sole use of the persons or entities named. The dissemination, distribution, copying or use of the information is strictly prohibited. If you are not an intended recipient of this transmission, notify the sender immediately and delete it.

**From:** Ashley Rhodes <arhodes@wmsc.gov>
**Sent:** Monday, September 25, 2023 10:39 AM
**To:** QICO_Metro_Regulatory_Compliance_Program <QICO_Metro_Regulatory_Compliance_Program@wmata.com>; John O'Donnell <JODonnell@wmsc.gov>; Davis Rajtik <Drajtik@wmsc.gov>
**Cc:** Sequeira, Loyda P. <LSequeira@wmata.com>; Alexander, Kelly <KAlexander1@wmata.com>; Perez Santiago, Carlos M. <CMPerezSantiago@wmata.com>; Garcia-Sanchez, Juanmanuel <JGarcia-Sanchez@wmata.com>
**Subject:** <External>RE: Extension Request | WMSC-22-C0171 Actionable Item #4

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and have verified the authenticity of the message.

Good morning,

Regarding your September 20 dated C-0171 extension request memo, please clarify the following:

1. What were the "additional cleaning requirements identified"?
2. When is the contractor expected to begin work?
3. Once the contractor begins, how long is this first-round of cleaning/maintenance/inspection expected to take?

Thank you,



**ASHLEY RHODES** (she/her)
Program Manager
Corrective Action Plans

**Direct: (202) 384-1522**
Cell: (540) 841-3389

---

**From:** QICO_Metro_Regulatory_Compliance_Program <QICO_Metro_Regulatory_Compliance_Program@wmata.com>
**Sent:** Thursday, September 21, 2023 2:02 PM
**To:** Ashley Rhodes <arhodes@wmsc.gov>; John O'Donnell <JODonnell@wmsc.gov>; Davis Rajtik <Drajtik@wmsc.gov>
**Cc:** Sequeira, Loyda P. <lsequeira@wmata.com>; Alexander, Kelly <kalexander1@wmata.com>; Perez Santiago, Carlos M. <CMPerezSantiago@wmata.com>; Garcia-Sanchez, Juanmanuel <JGarcia-Sanchez@wmata.com>
**Subject:** Extension Request | WMSC-22-C0171 Actionable Item #4

Good afternoon,

On behalf of our WMATA stakeholder, Quality is submitting the attached extension request for WMSC-22-C0171, Actionable Item #4.  Please let us know if you have any questions or would like additional information. Thank you in advance for your consideration.

Respectfully,



Juanmanuel Garcia-Sanchez | QA Project Coordinator
Quality Assurance, Internal Compliance & Oversight (Quality)
The Washington Metropolitan Area Transit Authority (WMATA)
L'Enfant Plaza HQ  4ᵗʰ Floor, #415-20A
Mobile (202) 578-1501 | Office (202) 627-4554 | JGarcia-Sanchez@wmata.com
*Promoting Transparency, Accountability & Public Confidence*

---

The information contained in this email is intended for the sole use of the persons or entities named. The dissemination, distribution, copying or use of the information is strictly prohibited. If you are not an intended recipient of this transmission, notify the sender immediately and delete it.

This email has been scanned for spam and viruses. Click here to report this email as spam.