# EXHIBIT 8

**Grant M. Glovin**

**From:** Grant M. Glovin
**Sent:** Wednesday, October 30, 2024 10:45 AM
**To:** Grant M. Glovin
**Subject:** WMSC WMATA subpoena certificate of service

**Grant M. Glovin**
Attorney at Law

O 646.883.5110 | C 646.238.8530
1500 Broadway (at West 43rd Street), Suite 1605 | New York, NY 10036

website | vCard

 

**From:** Lee, Patricia Y. <PYLee@wmata.com>
**Sent:** Friday, April 12, 2024 2:28 PM
**To:** Kathleen Silbaugh <KSilbaugh@wmsc.gov>
**Subject:** RE: <External>WMSC Subpoena - WMATA Extension Request

Dear Kathleen: Thank you for your email. As we discussed on our April 10 call, WMATA is willing to accept service of the subpoena even though the WMSC did not serve the Rail Custodian of Record as required. I did ask for a reasonable extension to respond to the subpoena until May 31, 2024. You offered instead that WMATA file any objections to the subpoena by May 6 and, to the extent WMATA does not object to a request(s) in the subpoena, produce any such documents by May 31. We agree to these dates. Finally, please confirm by reply email our understanding that neither the February 9 Initial Request for Documents nor the subpoena is an "order or directive" triggering the 14-day clock to file a petition for reconsideration.

I look forward to your email confirmation. Please let me know if you would like to discuss further. Thank you.

Best regards,

Patty

**Patricia Y. Lee**
Executive Vice President, Chief Legal Officer & General Counsel
Legal & Compliance
300 7th Street, SW
Washington, DC 20024
Office: (202) 962-6008
Mobile: (202) 997-7153
pylee@wmata.com

THIS TRANSMISSION IS INTENDED ONLY FOR THE PROPER RECIPIENT(S). IT IS CONFIDENTIAL AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED INFORMATION OR INFORMATION PREPARED IN ANTICIPATION OF LITIGATION. IF YOU ARE NOT THE PROPER RECIPIENT, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THIS MESSAGE. ANY UNAUTHORIZED REVIEW, COPYING, OR USE OF THIS MESSAGE IS PROHIBITED.

**From:** Kathleen Silbaugh <KSilbaugh@wmsc.gov>
**Sent:** Thursday, April 11, 2024 9:48 AM
**To:** Lee, Patricia Y. <PYLee@wmata.com>
**Subject:** <External>WMSC Subpoena - WMATA Extension Request

**CAUTION:**This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and have verified the authenticity of the message.

Patty,

As we discussed yesterday, I'm writing to confirm our conversations and share the WMSC's response to WMATA's oral request for extension of time to respond to a subpoena.

First, answering my question asked on Monday, April 8, 2024, about the WMSC serving the Medical Custodian of Records but our inability to serve the Rail Custodian of Records because they were on leave, you confirmed that WMATA accepts service of the subpoena. Therefore, the WMSC's continued efforts to serve the Rail Custodian of Records are no longer necessary.

Next, you asked for an extension of the current deadline for response to the subpoena duces tecum that was served on April 8, 2024, moving the deadline from April 22, 2024 to May 31, 2024. Because the subpoena duplicates requests that were first sent to WMATA on February 9, 2024, and WMATA offered written justification for not responding to these requests on March 8 and 18, 2024, the WMSC suggests that we set interim deadlines within the proposed extension period.

1. No later than May 6, 2024, or four weeks from the service of the subpoena, WMATA will provide its written objections to the subpoena, if any, including identification of any privileges that it will assert to withhold documents;
2. Production of documents will be on a rolling basis; and
3. WMATA will complete the production of documents in response to the subpoena no later than May 31, 2024.

This stepped approach allows reasonable time for WMATA to identify any objections to the subpoena, if any. It provides the opportunity to resolve those objections, while agreeing to the time requested for full response to the requests.

I look forward to discussing this with you at your convenience.

Kathy

Kathleen Silbaugh
General Counsel
Washington Metrorail Safety Commission
750 First Street, NE
Suite 900
Washington, DC 20002
(571) 686-1704
ksilbaugh@wmsc.gov

---

This email has been scanned for spam and viruses. Click here to report this email as spam.