**[PROPOSED] ORDER ENFORCING SUBPOENA**

Case 1:24-mc-00144-LLA-ZMF   Document 1-11   Filed 10/31/24   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON METRORAIL SAFETY COMMISSION, | DOCKET NO. _____ |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| THE WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | |
| Respondent. | |

## [PROPOSED] ORDER ENFORCING SUBPOENA

UPON CONSIDERATION of the Washington Metrorail Safety Commission's (WMSC) Petition for Summary Enforcement of Administrative Subpoena, and for good cause shown,

It is hereby:

ORDERED that the WMSC's petition is GRANTED;

ORDERED that the Washington Metropolitan Area Transit Authority (WMATA) shall, within 10 days of service of this order, produce to WMATA complete responses to each request in the subpoena issued on April 8, 2024, by uploading documents to the previously designated and confirmed WMATA-WMSC SharePoint site;

ORDERED that this Court shall retain jurisdiction over this matter for the purpose of giving full effect to this ORDER and to make such further orders and decrees or take such action as may become necessary or appropriate to carry out the terms of this Order.

_____          _____
Date                                  United States District Judge