**[PROPOSED] ORDER TO SHOW CAUSE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON METRORAIL SAFETY COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>THE WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br><br>Respondent. | DOCKET NO. _____<br><br>**[PROPOSED] ORDER** |

## [PROPOSED] ORDER TO SHOW CAUSE

UPON CONSIDERATION of the Washington Metrorail Safety Commission's (WMSC) Petition for Summary Enforcement of Administrative Subpoena, the Court is satisfied that the WMSC has made a sufficient and proper showing in support of the relief granted herein.

Therefore, it is hereby:

ORDERED that the Washington Metropolitan Area Transit Authority (WMATA) shall appear before the United States District Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, D.C., Courtroom No. ___, on the ___ day of _____, 2024, at _____ _.m., and show cause why the Court should not issue an order granting the WMSC's Petition to Enforce Administrative Subpoena, directing WMATA to produce complete responses to each request in the the subpoena issued on April 8, 2024;

ORDERED that WMATA shall deliver any opposing papers in response to the Petition no later than _____, 2024 by e-filing in the docket for this proceeding. The WMSC shall have until _____, 202_ to file any reply papers.

2

  ORDERED that a copy of this Order and the WMSC's Petition be served upon WMATA on or before _____, 2024 by personal delivery, facsimile, overnight courier, email, or first-class mail.

_____            _____
Date                        United States District Judge