# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WASHINGTON METRORAIL SAFETY
COMMISSION,

    Petitioner,

v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY,

    Respondent.

Case No. 1:24-mc-00144-LLA

Judge Loren L. AliKhan

## **[PROPOSED] ORDER**

This matter, having come before the Court on Petitioner Washington Metrorail Safety Commission's Petition for Summary Enforcement of Administrative Subpoena, ECF No. 1, and the Court having considered the Petition, the Opposition, and any reply and argument, it is hereby:

**ORDERED** that Petitioner's Petition for Summary Enforcement of Administrative Subpoena shall be, and hereby is, **DENIED**.

**SO ORDERED**.

Dated:_____

                                                               Hon. Loren L. AliKhan
                                                              United States District Judge

Pursuant to Local Rule 7(k), Respondent appends the following list of attorneys who are to be notified of the entry of this Order.

Attison L. Barnes, III
George E. Petel
William K. Lane III
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
Fax: (202) 719-7049
abarnes@wiley.law
gpetel@wiley.law
wlane@wiley.law

William Eric Pilsk
KAPLAN KIRSCH LLP
1634 Eye Street, NW, Suite 300
Washington, DC 20006
Phone: (202) 955-5600
Fax: (202) 955-5616
epilsk@kaplankirsch.com