# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WASHINGTON METRORAIL SAFETY
COMMISSION,

      *Petitioner*,

  v.

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY,

      *Respondent*.

Misc. Action No. 24-144 (LLA)

## ORDER OF REFERRAL

Upon consideration of the Petition to Enforce Administrative Subpoena, ECF No. 1, the court has determined that this action should be referred to a magistrate judge for full case management up to and excluding trial. The parties are reminded that, pursuant to Local Civil Rule 73.1, this action may be referred for all purposes, including trial, upon the filing of an executed notice of consent by all parties. Consent of the District Court Judge is not necessary. Accordingly, it is hereby

**ORDERED** that this action is referred to a magistrate judge, to be randomly assigned by the Clerk's Office, for full case management, and it is further

**ORDERED** that any future filings related to this action shall have the initials of Judge Loren L. AliKhan ("LLA") and the assigned magistrate judge following the case number in the caption.

2

_____
LOREN L. ALIKHAN
United States District Judge

Date:   December 17, 2024