**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WASHINGTON METRORAIL SAFETY COMMISSION,<br>*Petitioner*,<br>v.<br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br>*Respondent*. | Miscellaneous Action No. 24 - 144 (LLA) |

**ORDER**

For the reasons explained in the court's Memorandum Opinion, ECF No. 17, it is hereby **ORDERED** that the Magistrate Judge's Order, ECF No. 9, is construed as a report and recommendation and **ADOPTED**. It is further **ORDERED** that the Petition to Enforce the Administrative Subpoena, ECF No. 1, is **GRANTED**, and the parties shall file a joint status report on or before October 9, 2026, proposing a deadline or schedule for Respondent's production of materials responsive to the subpoena. Finally, it is further **ORDERED** that Respondent's failure to comply with this order may be punished as contempt.

**SO ORDERED.**



LOREN L. ALIKHAN
United States District Judge

Date: September 25, 2026