**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WASHINGTON METRORAIL SAFETY COMMISSION,

Petitioner,

v.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,

Respondent.

No. 1:24-mc-00144-LLA-ZMF

Hon. Loren L. AliKhan
Hon. Zia M. Faruqui

**JOINT MOTION FOR EXTENSION OF DEADLINE TO FILE STATUS REPORT**

Petitioner Washington Metrorail Safety Commission (the "WMSC") and Respondent Washington Metropolitan Area Transit Authority ("WMATA"), by counsel, jointly move this Court to extend the deadline set in its September 25, 2026 Order by two weeks, to October 23, 2026.

On September 25, 2026, this Court issued an opinion and order granting the WMSC's Petition to Enforce Administrative Subpoena, and directing the parties to file a joint status report "proposing a deadline or schedule for Respondent's production of materials responsive to the subpoena" by October 9, 2026. WMATA filed a notice of appeal of the Court's order on September 30, 2026.

Following the Court's order and WMATA's notice of appeal, the parties have conferred and are currently discussing a settlement agreement regarding WMATA's response to the WMSC's subpoena and related procedures. WMATA has sent the WMSC a proposed memorandum of agreement, which the WMSC is reviewing. Successfully reaching a settlement

agreement would obviate the need for substantive briefing on a motion to stay the Court's order pending appeal, which WMATA anticipates filing, and the need to litigate WMATA's appeal.

The parties believe that the settlement negotiations would benefit from limited additional time to concentrate on settlement rather than litigation. While reserving all rights under the Court's September 25 order and applicable law, the parties jointly request that the Court extend the deadline for a status report proposing a deadline or schedule by two weeks, to October 23, 2026.

Respectfully submitted,

Dated: October 6, 2026

By: /s/ *W. Eric Pilsk*

W. Eric Pilsk (DC Bar No. 419901)
Charles A. Spitulnik
KAPLAN KIRSCH LLP
1634 I (Eye) Street, NW, Suite 300
Washington, DC 20006
Phone: (202) 955-5600
Facsimile: (202) 955-5616
epilsk@kaplankirsch.com
cspitulnik@kaplankirsch.com

Grant M. Glovin
KAPLAN KIRSCH LLP
1500 Broadway, Suite 1605
New York, NY 10036
Phone: (646) 883-5110
gglovin@kaplankirsch.com

*Counsel for the Washington Metrorail Safety Commission*

/s/ *Attison L. Barnes, III*

Attison L. Barnes, III (DC Bar No. 427754)
George E. Petel (DC Bar No. 1028877)
Joel S. Nolette (DC Bar No. 1781062)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20006
Phone: (202) 719-7000
Facsimile: (202) 719-7049
abarnes@wiley.law
gpetel@wiley.law
jnolette@wiley.law

*Counsel for the Washington Metropolitan Area Transit Authority*

**CERTIFICATE OF SERVICE**

I hereby certify that I have, on the 6th of October, 2026, caused a copy of the foregoing JOINT MOTION FOR EXTENSION OF DEADLINE TO FILE STATUS REPORT to be served upon all parties of record in this proceeding by the Court's electronic filing system.

/s/ *W. Eric Pilsk*________________
W. Eric Pilsk

Dated: October 6, 2026