**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WASHINGTON METRORAIL SAFETY COMMISSION,

Petitioner,

v.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,

Respondent.

Case No. 1:24-mc-00144-LLA-ZMF

Judge Loren L. AliKhan

Magistrate Judge Zia M. Faruqui

# JOINT STATUS REPORT

Petitioner Washington Metrorail Safety Commission ("WMSC") and Respondent Washington Metropolitan Area Transit Authority ("WMATA") (collectively, "Parties"), by counsel, submit this Joint Status Report in accordance with the Court's Minute Order of October 9, 2026. The Parties continue to discuss a settlement agreement that would resolve this matter, moot the pending appeal, negate the need for this Court to address a motion to stay pending appeal, address WMATA's response to the subpoena, and codify procedures and scope going forward in a memorandum of agreement (a draft of which is being negotiated by the parties).

If the parties have not completed a settlement by November 9, 2026, and solely to preserve its rights while settlement negotiations continue, WMATA intends to file its motion for stay pending appeal on that date. Without the benefit of having seen WMATA's proposed motion and solely in order to preserve its rights, the WMSC anticipates that it will oppose that motion.

The Parties propose filing another joint status report by November 9, 2026.

Dated: October 23, 2026

Respectfully submitted,

*/s/ Attison L. Barnes, III*
Attison L. Barnes, III
George E. Petel
Joel S. Nolette
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20006
Phone: (202) 719-7000
Fax: (202) 719-7049
abarnes@wiley.law
gpetel@wiley.law
jnolette@wiley.law

*Counsel for Respondent*
*Washington Metropolitan Area Transit Authority*

*/s/ W. Eric Pilsk*
W. Eric Pilsk
Charles A. Spitulnik
**KAPLAN KIRSCH LLP**
1634 I (Eye) Street, NW, Suite 300
Washington, DC 20006
Phone: (202) 955-5600
Facsimile: (202) 955-5616

Grant M. Glovin
**KAPLAN KIRSCH LLP**
1500 Broadway, Suite 1605
New York, NY 10036
Phone: (646) 883-5110

*Counsel for Petitioner*
*Washington Metrorail Safety Commission*

**CERTIFICATE OF SERVICE**

I certify that on October 23, 2026, a copy of the foregoing Joint Status Report was served electronically through the Court's CM/ECF system on all registered counsel.

Dated: October 23, 2026

*/s/ Attison L. Barnes, III*
Attison L. Barnes, III