**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

WASHINGTON METRORAIL SAFETY COMMISSION,

Petitioner,

v.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,

Respondent.

---

Case No. 1:24-mc-00144-LLA-ZMF

Judge Loren L. AliKhan

Magistrate Judge Zia M. Faruqui

**JOINT STATUS REPORT**

Petitioner Washington Metrorail Safety Commission ("WMSC") and Respondent Washington Metropolitan Area Transit Authority ("WMATA") (collectively, "Parties"), by counsel, submit this Joint Status Report in accordance with the Court's Minute Order of November 9, 2026. The Parties have reached agreement on a settlement to resolve this matter; moot the pending appeal; negate the need for this Court to address a motion to stay pending appeal; address WMATA's response to the subpoena; and codify procedures and scope going forward in a memorandum of agreement ("MOA").

The MOA calls for the Parties to take actions over approximately the next two months to resolve this matter, after which the Parties will file a joint stipulation to dismiss this case in accordance with the MOA. To permit the Parties time to complete those actions, the Parties propose filing another joint status report by January 22, 2027, unless they file a joint stipulation of dismissal before that date.

Dated: November 20, 2026

Respectfully submitted,

*/s/ Attison L. Barnes, III*

Attison L. Barnes, III
George E. Petel
Joel S. Nolette
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20006
Phone: (202) 719-7000
Fax: (202) 719-7049
abarnes@wiley.law
gpetel@wiley.law
jnolette@wiley.law

*Counsel for Respondent*
*Washington Metropolitan Area Transit Authority*

*/s/ W. Eric Pilsk*

W. Eric Pilsk
Charles A. Spitulnik
**KAPLAN KIRSCH LLP**
1634 I (Eye) Street, NW, Suite 300
Washington, DC 20006
Phone: (202) 955-5600
Facsimile: (202) 955-5616

Grant M. Glovin
**KAPLAN KIRSCH LLP**
1500 Broadway, Suite 1605
New York, NY 10036
Phone: (646) 883-5110

*Counsel for Petitioner*
*Washington Metrorail Safety Commission*

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2026, a copy of the foregoing Joint Status Report was served electronically through the Court's CM/ECF system on all registered counsel.

Dated: November 20, 2026

*/s/ Attison L. Barnes, III*
Attison L. Barnes, III